**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO: 14-43393-399** |
| **WILLIE J SURGEON JR** | ) | **Chapter 13** |
| | ) | |
| | ) | **Re: Objection to Claim 2 filed by** |
| | ) | **INTERNAL REVENUE SERV** |
| | ) | **Acct: 1089** |
| | ) | **Amount: $3,842.73** |
| **Debtor** | ) | **Response Due: August 21, 2014** |
| | ) | |

**TRUSTEE'S OBJECTION TO CLAIM 2**

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of INTERNAL REVENUE SERV dated May 06, 2014, SHOULD BE ALLOWED BUT ORDERED NOT PAID BECAUSE THE ENTIRE CLAIM IS BASED ON AN ESTIMATE. THE CREDITOR MAY FILE AN AMENDED CLAIM AFTER THE AMOUNT OF DEBT IS DETERMINED.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

**NOTICE OF FILING OF OBJECTION TO CLAIM**

Please take notice that the Chapter 13 Trustee has filed an objection to your claim. Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO   63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

Dated: July 31, 2014

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

OBJCLM--AC

**14-43393 Trustee's Objection to Claim 2**                                      **07/31/2014  Page 2**

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of July 31, 2014.

                                        /s/ John V. LaBarge, Jr.

| | |
|---|---|
| WILLIE J SURGEON JR | INTERNAL REVENUE SERV |
| 1432 GLENMEADE DRIVE | PO BOX 7317 |
| MARYLAND HEIGHTS, MO  63043 | C/O MISSOURI CASES |
| | PHILADELPHIA, PA  19101-7317 |
| | |
| CASTLE LAW OFFICE OF ST LOUIS | |
| 500 N BROADWAY | INTERNAL REVENUE SERV |
| STE 1400 | PO BOX 7346 |
| ST LOUIS, MO  63102 | INSOLVENCY UNIT |
| | PHILADELPHIA, PA  19101-7346 |