```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

|  |  |
|---|---|
| Willie Surgeon, Jr., | ) Case No. 14-43393-399 |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) |
| MISSOURI DEPT. OF REVENUE, | ) |
| Movant, | ) |
| | ) **Debtor's Answer to Motion** |
| vs. | ) **to Dismiss** |
| Willie Surgeon Jr., | ) |
| Respondent. | ) |

**DEBTOR'S ANSWER TO MOTION TO DISMISS**

Comes now Debtor, Willie Surgeon Jr., by and through his attorney, and answers the Missouri Department of Revenue's Motion to Dismiss, as follows:

1. Debtor admits each and every allegation contained in paragraph 1.

2. Debtor is without sufficient information to admit or deny each and every allegation contained in paragraphs 3 and 6.

3. Debtor denies each and every allegation contained in paragraphs 2 and 5.

4. In response to paragraph 4, Debtor denies each and every allegation in the first sentence. Debtor admits each and every allegation in sentence two.

5. Debtor is in the process of obtaining his income

tax returns and/or affidavits for the year 2011. Debtor requests that this matter be set for hearing.

WHEREFORE, the Debtor prays the Court refuse the Missouri Department of Revenue's Motion to Dismiss and for such other relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED,

CASTLE LAW OFFICES OF ST.LOUIS P.C.

*/S/*James R. Brown
James R Brown, 42100MO
Attorney for Debtors
500 North Broadway, Suite 1400
St. Louis, MO 63102
314)436-3300 (314)241-7889 Fax
EDMO@castlelaw.net

**PROOF OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Debtor's Answer to Motion to Dismiss filed by Missouri Department of Revenue, was mailed to all partied who HAVE NOT BEEN ELECTRONICALLY NOTIFIED, including the Debtors this 26th day of September, 2014.

/s/ Angela Pennington

Missouri Department of Revenue
General Counsel's Office
301 W. High St., Rm. 670
P.O. Box 475
Jefferson City, MO  65105-0475

John V. LaBarge, Jr.-via ECF only
Chapter 13, Standing Trustee
P.O. Box 430908
St. Louis, MO  63143

Willie Surgeon Jr.
1432 Glenmeade Dr.
Maryland Heights, MO 63043