## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: | ) Case No. 14-43393-399-13 |
| | ) Chapter 13 |
| WILLIE J. SURGEON, JR., | ) |
| | ) **NOTICE OF HEARING** |
| Debtor(s) | ) |
| | ) |
| MISSOURI DEPARTMENT OF REVENUE, | ) Hearing Date: November 5, 2014 |
| | ) Hearing Time: 9:00 a.m. |
| | ) Response Date: October 29, 2014 |
| Movant, | ) |
| | ) Susan L. Lissant, Esq. |
| WILLIE J. SURGEON, JR., | ) Missouri Department of Revenue |
| | ) 301 West High Street, Room 670 |
| | ) Jefferson City, MO  65105 |
| Respondent(s) | ) Missouri Bar # 56970 |
| | ) Federal District Bar #: Exempt |

### NOTICE OF HEARING ON MOTION TO DISMISS

**TAKE NOTICE**, that the Missouri Department of Revenue's Motion to Dismiss dated September 22, 2014, and any response thereto will be called for hearing on November 5, 2014 at 9:00 a.m. in U.S. Bankruptcy Court 111 S. 10th Street, St. Louis, MO, 63102, Room 5 North. You may be present at that time and be heard.

**FURTHER,** the Missouri Department of Revenue has been given leave to appear by telephone at the hearing on November 5, 2014.  The Department requests, pursuant to Local Rule 9040-1C, that copies of any documents or exhibits supporting any response by the Debtor(s), including relevant tax returns or affidavits, be provided to the Department, no later than 5 business days prior to the hearing. (October 29, 2014).

Chris Koster, Attorney General
State of Missouri

By:  /s/ Susan L. Lissant
Susan L. Lissant, MO Bar #56970

        Federal District Bar #: Exempt
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531  FAX (573) 751-7232
E-mail:  edmoecf@dor.mo.gov
Attorney for Department of Revenue.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Hearing on Motion to Dismiss was sent through the Court's ECF system or by mail on September 26, 2014, to the following:

Willie J. Surgeon, Jr.
1432 Glenmeade Drive
Maryland Heights, MO  63043

James R. Brown
500 N. Broadway, Ste. 1400
St. Louis, MO  63102

/s/ Susan L. Lissant

2